No. 99–9335. HERNAN MONTES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–9337. MATTATALL v. VOSE, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.

No. 99–9339. IGE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–9346. TREVINO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9347. SPINNER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–9348. SANDOVAL-DANIEL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–9349. PACCIONE v. UNITED STATES; and
No. 99–9400. PACCIONE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 202 F. 3d 622.

No. 99–9350. KEMMISH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–9351. LAMBERT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–9354. TAPIA ANCHONDO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–9355. CAMILO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–9361. ORTIZ-MINAJARES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9364. MONEGRO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–9367. WIGGINS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–9370. ARTEAGA-NUNEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.